# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Charles R. Brooks, Individually and as | ) | |
| Administrator of the Estate of Terry Lynn | ) | |
| Brooks, Cheryl R. Perry, and Karen | ) | |
| D. Olson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE STIPULATION FOR** |
| | ) | **SUBSTITUTION OF PLAINTIFF** |
| vs. | ) | |
| | ) | |
| Curtis R. Wiesz, Individually and as | ) | |
| Personal Representative and beneficiary | ) | |
| of the Estate of Cecil Austin, and the Estate | ) | |
| of Helen Austin, | ) | Case No. 4:08-cv-007 |
| | ) | |
| Defendant. | ) | |

_____

On June 17, 2008, the parties filed a Stipulation for Substitution of Plaintiff.  The court

**ADOPTS** the parties' stipulation (Docket No. 30) and **ORDERS** that the Charles R. Brooks, as

Administrator of the Estate of Terry Lynn Brooks, be substituted as Plaintiff for Terry Lynn Brooks

as an individual in the above-entitled action.

Dated this 18th day of June, 2008.


*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court