**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles R. Brooks, Cheryl R. Perry, | ) | |
| Terry Lynn Brooks and Karen D. Olson | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Curtis R. Wiesz, Individually and as | ) | |
| Personal Representative and | ) | |
| beneficiary of the Estate of Cecil Austin, | ) | Case No. 4:08-cv-007 |
| and the Estate of Helen Austin | ) | |
| | ) | |
| Defendants | ) | |

_____

On August 8, 2008, the parties filed a Stipulation wherein the agreed to extend the deadline to add additional parties until August 22, 2008.  The court **ADOPTS** the parties Stipulation (Docket No. 32).  The scheduling and order shall be amended as follows:

6.    The parties shall have until August 22, 2008, to move to join additional parties.

**IT IS SO ORDERED.**

Dated this 12th day of August, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court